

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Floyd L. Morrow and Marlene Morrow, individually, as taxpayers of the City of San Diego, State of California, and on behalf of those similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>City of San Diego, a charter city; Mandel E. Himelstein, an individual; DOES 1-100<br><br>**Defendant.** | Civil Action No.   11cv1497-BAS-KSC<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the City's Motion for Summary Judgment is granted. Judgment is entered in favor of the City and against the Morrows.

| | |
|---|---|
| **Date:**   7/24/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ L. Fincher<br>L. Fincher, Deputy |